UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| VICENZO CASSINI, JORGE ZULUAGA, and JORGE JAIRALA <br><br> Plaintiffs, <br><br> v. <br><br> WORLDGATE VACATIONS LLC, formerly AD1 Vacation Team, LLC, <br><br> Defendant. | Case No. 6:18-cv-00299 |

**JOINT NOTICE OF SETTLEMENT**

Plaintiffs VICENZO CASSINI, JORGE ZULUAGA, and JORGE JAIRALA, and Defendant WORLDGATE VACATIONS LLC, by and through their undersigned counsel, hereby notify the Court that the parties have reached a settlement in the above referenced matter.

Dated: November 8, 2018

**CYNTHIA GONZALEZ P.A.**
4023 North Armenia Ave.
Suite 240
Tampa, Florida 33607
Telephone (813) 333-1322
Fax (866) 593-6771
E-mail: cynthia@wagesdue.com

s/ Cynthia Gonzalez
Cynthia M. Gonzalez
Florida Bar No. 53052
Attorney for Plaintiff

*/s/ A. J. Stanton, Jr.*
August J. Stanton, Jr.
Florida Bar No. 0139290
P. O. Box 560024
Orlando, FL 32856
407.636.6304 Fax:407.636.7278
Attorney for the Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th of November, 2018, a true and correct copy of the following has been electronically filed with the Clerk of the Court using CM/ECF system, which will send electronic notice to all counsel of record.

**/s/ Cynthia Gonzalez**
Cynthia M. Gonzalez