UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| VICENZO CASSINI, JORGE ZULUAGA, and JORGE JAIRALA<br><br>Plaintiffs,<br><br>v.<br><br>WORLDGATE VACATIONS LLC, formerly AD1 Vacation Team, LLC,<br><br>Defendant. | Case No. 6:18-cv-00299 |

**JOINT MOTION TO APPROVE SETTLEMENT**
**AND TO DISMISS WITH PREJUDICE**

Plaintiffs, VICENZO CASSINI, JORGE ZULUAGA, and JORGE JAIRALA (hereinafter "Plaintiffs"), and Defendant WORLDGATE VACATIONS LLC, formerly AD1 Vacation Team, LLC ("Defendant"), hereinafter collectively referred to as the "Parties," by and through undersigned counsel, hereby file this Joint Motion and state the following in support thereof:

1. Plaintiffs filed the instant action alleging that Defendant violated the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 et seq. ("FLSA") and seeking unpaid wages pursuant to Florida Law. (Docket No. 1 and 17.1)

2. To avoid the costs and the uncertainty of litigation, the Parties have negotiated a settlement of this matter for Plaintiffs wages and attorney's fees and costs. Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), claims for back wages arising under the FLSA may be settled or

1

compromised only with the approval of the Court or the Secretary of Labor. Accordingly, the Parties request that the Court approve Settlement Agreements ("Agreements") entered into by the Parties, a copy of which are attached to this Motion as Exhibit "A."

3. The individual settlements of the instant action involve a situation in which the Court may approve the Parties settlement to resolve and release Plaintiffs' FLSA claims against Defendant. The proposed settlement arises out of an action brought by the Plaintiffs against their former employer, which was adversarial in nature. The individual settlements are a compromise of disputed amounts.

4. The Parties agree that the instant action involved disputed issues of liability. There was a dispute between the Parties as to Plaintiffs entitlement to overtime, the amount of overtime liability, and the method of calculating overtime hours (as commission and bonuses were involved).

5. The Parties further stipulate and agree that the settlements are fair and reasonable settlements of the controversies involved in this case and comport with the policies underlying the FLSA. The Parties voluntarily agreed to the terms of the settlement during negotiations, and all Parties had an opportunity to consult with attorneys. Further, the Parties negotiated the Plaintiffs' recovery and attorney's fees fairly and separately.

6. As part of the settlement reached between the Parties, Plaintiffs agree to dismiss his Complaint with prejudice upon approval by the Court of the attached Agreement.

WHEREFORE, the Parties respectfully request that this Court enter an Order approving the attached Agreement and dismissing this action with prejudice.

Dated this 10th day of January 2019.

| | |
|---|---|
| A.J. Stanton, Jr., PA<br>PO BOX 560024<br>Orlando, FL 32856<br>Telephone: (407) 636-6304<br>Facsimile: (407) 636-7278<br><br>BY: s/ August J. Stanton<br>    August J. Stanton, Jr., Esquire<br>    Florida Bar Number:<br>    E-mail: jay@lindylake.com<br>    Counsel for Defendant | WENZEL FENTON CABASSA, P.A.<br>1110 North Florida Avenue<br>Suite 300<br>Tampa, Florida 33602<br>Telephone: 813-224-0431<br>Facsimile: 813-229-8712<br><br>BY: s/ Luis A. Cabassa<br>    Luis A. Cabassa<br>    Florida Bar Number: 0053643<br>    E-mail: lcabassa@wfclaw.com<br>    Counsel for Plaintiff |

**CYNTHIA GONZALEZ P.A.**
4023 North Armenia Ave.
Suite 240
Tampa, Florida 33607
Telephone (813) 333-1322
Fax (866) 593-6771
E-mail: cynthia@wagesdue.com

s/ Cynthia Gonzalez
Cynthia M. Gonzalez
Florida Bar No. 53052
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on January 10, 2018, a true and correct copy of the following has been electronically filed with the Clerk of the Court using CM/ECF system, which will send electronic notice to all counsel of record.

                                     **/s/ Cynthia Gonzalez**
                                     Cynthia M. Gonzalez