# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**VICENZO CASSINI, JORGE ZULUAGA
and JORGE JAIRALA,**

   **Plaintiffs,**

v.             Case No: 6:18-cv-299-Orl-28DCI

**WORLDGATE VACATIONS LLC,**

   **Defendant.**

## ORDER

This case is before the Court on the Second Joint Motion for Approval of Settlement (Doc. No. 40). The assigned United States Magistrate Judge has submitted a Report (Doc. 41) recommending that the motion be granted. The parties have filed a Joint Notice of No Objection to the Report. (Doc. 42).

After review of the record in this matter, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. No. 41) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Second Joint Motion for Approval of Settlement (Doc. No. 40) is **GRANTED**.

3. The Court finds the Agreements (Doc. 40-1) to be fair and reasonable settlements of Plaintiffs' claims under the Fair Labor Standards Act. The Court further finds that the Agreements concerning attorney's fees and costs do not affect the fairness

and reasonableness of Plaintiffs' settlements. And, the Court finds that the other terms of the Agreements do not affect the overall fairness and reasonableness of the settlements.

4. This case is dismissed with prejudice.

5. The Clerk of the Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on April 11, 2019.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Parties